Mohammad Tayeb

Pro Se Plaintiff

602 Springfield Circle

Roseville, CA 95678

(916) 289-9997

motayeb@gmail.com

**FILED**

APR 0 3 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Mohammad Tayeb,

Plaintiff,

v.

United States Citizenship and Immigration Services;

Pamela Bondi, Attorney General of the United States;

Joseph B. Edlow, Director of USCIS;

Markwayne Mullin, Secretary of the Department of Homeland Security;

Director, California Service Center, USCIS,

Defendants.

Case No. 2:26-CV-1311 TLN CSK (PS)

**PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER THE APA**

## I. INTRODUCTION

Plaintiff, Mohammad Tayeb ("Plaintiff"), respectfully petitions this Honorable Court for a

1

Writ of Mandamus to compel the United States Citizenship and Immigration Services (USCIS) to adjudicate Plaintiff's Form I-129F, Petition for Alien Fiancé(e) (Receipt Number: WAC2590065644), which has been subjected to an unreasonable and unjustifiable delay, depriving him of his rights and protections guaranteed under federal law. Plaintiff seeks an order compelling Defendants to take final agency action on the petition within a reasonable time. This delay is arbitrary, capricious, and contrary to law, and has deprived Plaintiff of rights and protections guaranteed under federal law, including the right to a timely adjudication of an immigration petition.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1361, which confers original jurisdiction on district courts in actions to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

2. This Court also has jurisdiction under 28 U.S.C. § 1331 and the Administrative Procedure Act, 5 U.S.C. § 706(1), because Plaintiff seeks to compel agency action unlawfully withheld or unreasonably delayed under federal law.

3. This action arises under the Constitution and laws of the United States, including the INA and the APA. This Court also has jurisdiction under 28 U.S.C. § 1331, as this action arises under the laws of the United States, specifically the Immigration and Nationality Act (INA) and the Administrative Procedure Act (APA), 5 U.S.C. § 701 et seq.

4. Venue is proper in the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1391(e)(1) because Plaintiff resides in this District, and Defendants are officers or employees of the United States acting in their official capacities.

## III. PARTIES

5. Plaintiff, Mohammad Tayeb, is a United States citizen residing at 602 Springfield

2

Circle, Roseville, California 95678, within the jurisdiction of this Court. Plaintiff filed a Form I-129F, Petition for Alien Fiancé(e) on behalf of his beneficiary, which remains pending with the United States Citizenship and Immigration Services ("USCIS") for an unreasonable period of time without adjudication.

6. Defendant, United States Citizenship and Immigration Services ("USCIS"), is an agency of the United States government responsible for administering and adjudicating immigration benefits, including Form I-129F petitions. USCIS is headquartered at 5900 Capital Gateway Drive, Camp Springs, MD 20588.

7. Defendant, Pamela Bondi, is the Attorney General of the United States and is responsible for the administration and enforcement of federal immigration laws. She is sued in her official capacity. Her official address is the U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001.

8. Defendant, Joseph B. Edlow, is the Director of USCIS and is responsible for the administration and adjudication of immigration petitions, including Form I-129F. He is sued in his official capacity. His official address is USCIS Office of the Chief Counsel, 5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs, MD 20588-0009.

9. Defendant, Director, California Service Center, United States Citizenship and Immigration Services, is responsible for the adjudication of Form I-129F petitions assigned to that service center, including Plaintiff's petition, and is sued in his or her official capacity. The California Service Center is located at 24000 Avila Road, Laguna Niguel, California 92677.

10. Defendant, Markwayne Mullin, is the Secretary of the Department of Homeland Security ("DHS"), the parent agency of USCIS. He is sued in his official capacity. His official address is U.S. Department of Homeland Security, c/o Office of the General Counsel, 2707 Martin Luther King Jr. Avenue SE, Mail Stop 0485, Washington, DC 20528-0485.

**IV. FACTUAL BACKGROUND**

11. Plaintiff filed a Form I-129F, Petition for Alien Fiancé(e) (Receipt Number: WAC2590065644), with the United States Citizenship and Immigration Services ("USCIS") on January 27, 2025. As of the date of this filing, the petition has been pending for more than 14 months without adjudication.

12. Plaintiff has complied with all requirements and submitted all documentation requested by the United States Citizenship and Immigration Services ("USCIS") in connection with the Form I-129F petition. On or about August 29, 2025, Plaintiff submitted a request to expedite adjudication of the petition, which USCIS denied. Plaintiff has also pursued additional inquiries through appropriate channels, including congressional inquiries, but no final agency action has been taken.

13. Despite completing all prerequisites for adjudication, Plaintiff's Form I-129F petition remains pending with no decision rendered as of the date of this filing, constituting an unreasonable delay under the Administrative Procedure Act, 5 U.S.C. § 706(1), and violating the requirement that agencies conclude matters presented to them within a reasonable time under 5 U.S.C. § 555(b).

14. Plaintiff has diligently sought updates regarding the status of the petition by contacting the United States Citizenship and Immigration Services ("USCIS") on multiple occasions. On or about November 12, 2025, Plaintiff contacted USCIS and was advised to wait before submitting a formal inquiry. On December 9, 2025, Plaintiff again contacted USCIS, including with the assistance of legal counsel, and was instructed to continue waiting without any estimated timeframe for adjudication.

15. In addition, Plaintiff submitted a formal online service request through USCIS's e-Request system regarding the delayed adjudication of the petition, which was accepted and assigned Service Request ID SR10842603590RPA, but no substantive response or adjudicative action has resulted from that request. Despite repeated inquiries through multiple channels, USCIS has failed to provide any meaningful update or resolution.

16. Plaintiff has also sought assistance through congressional channels. On or about August 17–18, 2025, Plaintiff contacted the office of Congressman Kevin Kiley, which submitted

4

an inquiry to USCIS on Plaintiff's behalf. USCIS subsequently confirmed, through Congressman Kiley's office, that Plaintiff's request for expedited processing was denied on August 29, 2025, and that the petition would continue to be processed in receipt date order. Plaintiff again contacted Congressman Kiley's office in or about December 2025 to request further assistance and follow-up. USCIS later responded, again through Congressman Kiley's office, that the petition remained under additional review with no estimated timeframe for completion.

17. Plaintiff also submitted a request for assistance to the office of Senator Alex Padilla on or about December 17, 2025; however, no substantive response or update regarding adjudication has been provided through that office.

18. The prolonged delay has caused significant hardship to Plaintiff. Plaintiff suffers from a serious cervical spine condition, including a herniated cervical disc, resulting in chronic pain, nerve compression, reduced mobility, and functional limitations. This diagnosis is supported by MRI imaging confirming the presence of a herniated cervical disc and associated nerve compression. Plaintiff's treating physician, Dr. Ravi Ramachandran, M.D., an orthopedic spine surgeon, has recommended surgical intervention as medically necessary to relieve symptoms and prevent further neurological deterioration, including worsening nerve compression and potential long-term impairment. Dr. Ramachandran specifically noted that Plaintiff has postponed surgery due to the pending Form I-129F petition and the need to remain travel-capable while the petition is unresolved, and that delaying surgery presents a risk to Plaintiff's health and recovery.

19. Additionally, Plaintiff's treating chiropractor, Dr. Leonard Wong, D.C., has confirmed that conservative treatment is no longer effective and that further intervention, including pain management or surgery, is required. As a result of this condition and the inability to proceed with necessary medical treatment, Plaintiff experiences ongoing physical pain, diminished quality of life, and significant limitations in his ability to operate his business, including reduced capacity to perform daily work activities and manage operations effectively, resulting in financial strain and business disruption.

20. USCIS has failed to adjudicate Plaintiff's Form I-129F petition within a reasonable time and has allowed the petition to remain pending for more than 14 months without final

agency action. During that time, USCIS has continued to adjudicate similarly situated petitions, including petitions filed after Plaintiff's receipt date, demonstrating that Plaintiff's petition has not been processed in a manner consistent with a reasonable rule of reason. This is based on publicly available USCIS processing data and community tracking of I-129F petitions, which reflect that petitions filed after Plaintiff's receipt date have been approved. See 5 U.S.C. §§ 555(b), 706(1); Telecommunications Research & Action Ctr. v. FCC, 750 F.2d 70, 79–80 (D.C. Cir. 1984); Independence Mining Co. v. Babbitt, 105 F.3d 502 (9th Cir. 1997). This prolonged and unexplained delay is unreasonable, arbitrary, and contrary to law. The delay is especially intolerable because Plaintiff has submitted medical evidence showing that he suffers from a serious cervical spine condition, including a herniated cervical disc and nerve compression, and that his treating physician has recommended surgery as medically necessary. Plaintiff has postponed that surgery while the petition remains pending in order to preserve his ability to travel and avoid jeopardizing the immigration process, thereby placing Plaintiff's health and welfare directly at risk.

21. The delay also violates USCIS's statutory obligation under 8 U.S.C. § 1571(b), which reflects Congress's expectation that immigration benefit applications be processed within a reasonable time.

22. Courts have recognized that unreasonable delays in adjudicating immigration petitions warrant judicial intervention and mandamus relief. See Saleh v. Ridge, 367 F. Supp. 2d 508 (S.D.N.Y. 2005).

**V. LEGAL ARGUMENT**

23. Plaintiff has a clear and indisputable right to the relief requested to the extent Defendants have unlawfully withheld or unreasonably delayed a discrete, required agency action. Under 5 U.S.C. § 706(1), the Administrative Procedure Act authorizes courts to compel agency action unlawfully withheld or unreasonably delayed. USCIS's failure to adjudicate Plaintiff's Form I-129F petition violates its statutory obligations and deprives Plaintiff of a timely resolution

6

to which he is entitled.

24. Courts have recognized that unreasonable delays in adjudicating immigration petitions may constitute a violation of the Administrative Procedure Act and warrant judicial intervention. See Han Cao v. Upchurch, 496 F. Supp. 2d 569 (E.D. Pa. 2007).

25. Defendants owe Plaintiff a nondiscretionary duty to adjudicate his petition within a reasonable time, as required by the Immigration and Nationality Act, the Administrative Procedure Act, and applicable regulations.

26. Plaintiff has exhausted all reasonable administrative avenues, including repeated inquiries to USCIS, submission of a formal service request, and requests for assistance through congressional offices. Despite these efforts, Defendants have failed to take final agency action.

27. Judicial intervention is necessary to redress Defendants' unlawful inaction and ensure compliance with statutory and regulatory duties. Continued delay causes ongoing harm to Plaintiff, including prolonged separation from his fiancé(e), deterioration of his medical condition due to delayed treatment, and financial and business-related hardship.

**VI. TRAC FACTORS**

28. Courts evaluate claims of unreasonable delay under the six-factor test set forth in Telecommunications Research & Action Center v. FCC ("TRAC"), 750 F.2d 70 (D.C. Cir. 1984). Each of these factors weighs in favor of Plaintiff.

29. First, the time agencies take to make decisions must be governed by a rule of reason. Here, USCIS has failed to adjudicate Plaintiff's Form I-129F petition for more than 14 months without meaningful explanation, while continuing to adjudicate similarly situated petitions filed after Plaintiff's receipt date. That disparity shows the absence of any reasonable processing framework.

30. Second, where Congress has provided a timetable or other indication of the speed with which it expects the agency to proceed, that statutory scheme may supply content for the rule of reason. Plaintiff's Form I-129F petition has remained pending for more than 14 months, well

beyond the 180-day processing expectation Congress has articulated for immigration benefit applications, which weighs in favor of finding the delay unreasonable.

31. Third, delays that might be reasonable in the sphere of economic regulation are less tolerable when human health and welfare are at stake. This factor strongly favors Plaintiff. Plaintiff has documented a serious cervical spine condition, including a herniated cervical disc and nerve compression, and his treating physician has recommended surgery as medically necessary. Plaintiff has delayed surgery because the pending petition requires him to remain travel-capable and avoid disruptions that could prejudice his immigration process. The delay therefore directly affects Plaintiff's health, pain, mobility, and long-term welfare.

32. Fourth, the effect of expediting delayed action on agency activities of a higher or competing priority does not justify indefinite delay. Ordering USCIS to adjudicate Plaintiff's petition would not require the Court to direct the outcome of the decision; it would only require USCIS to act within a reasonable time. Granting relief would not improperly disrupt agency operations, but would instead compel compliance with the agency's duty to complete adjudication.

33. Fifth, the nature and extent of the interests prejudiced by the delay weigh strongly in Plaintiff's favor. Plaintiff has suffered prolonged separation from his fiancé(e), ongoing physical pain due to delayed medical treatment, emotional distress, and disruption to his business and financial stability.

34. Sixth, no showing of impropriety is required to find that agency delay is unreasonable. Regardless of intent, USCIS's failure to act within a reasonable period of time constitutes unlawful delay under the Administrative Procedure Act.

35. Accordingly, the TRAC factors weigh in favor of finding that USCIS's continued failure to adjudicate Plaintiff's Form I-129F petition is unreasonable under the APA. The petition has remained pending for more than 14 months, USCIS has provided no meaningful explanation for the delay, and the agency has continued to adjudicate similarly situated petitions filed after Plaintiff's receipt date. In light of Congress's expectation that immigration benefit applications be processed within 180 days, the prejudice to Plaintiff's health and welfare, and the absence of any

legitimate basis for indefinite inaction, Plaintiff has sufficiently alleged an unreasonable delay.

## VII. PRAYER FOR RELIEF

36. Plaintiff respectfully requests that this Honorable Court:

(a) Order Defendants to adjudicate Plaintiff's I-129F, Petition for Alien Fiancé(e) (Receipt Number: WAC2590065644), within 30 days of the Court's order, or within such time as the Court deems reasonable;

(b) Declare that Defendants' failure to adjudicate Plaintiff's petition within a reasonable time is unlawful under the Administrative Procedure Act, including 5 U.S.C. § 706(1);

(c) Award Plaintiff reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412;

(d) Grant such other and further relief as the Court deems just and proper; and

(e) Retain jurisdiction over this matter until Defendants have complied with the Court's order.

## VIII. CONCLUSION

37. Plaintiff respectfully requests that this Court grant the relief sought and compel Defendants to promptly adjudicate his Form I-129F petition. The prolonged delay has caused significant hardship, including ongoing medical harm, separation from his fiancé(e), and financial and business disruption. Prompt adjudication is necessary to ensure compliance with statutory obligations and to prevent further harm.

Dated: 4-1-26

Respectfully submitted,



/s/ Mohammad Tayeb

Mohammad Tayeb

Pro Se Plaintiff

602 Springfield Circle

Roseville, California 95678

(916) 289-9997

motayeb@gmail.com

IX. EXHIBITS

Exhibit A – Form I-129F Receipt Notice (WAC2590065644)

Exhibit B – Expedite Request Submission

Exhibit C – Medical Documentation of Dr. Ravi Ramachandran, M.D.

Exhibit D – Medical Documentation of Dr. Leonard Wong, D.C.

Exhibit E – Congressional Correspondence from Congressman Kevin Kiley's Office

Exhibit F – Senator Alex Padilla Inquiry Submission

Exhibit G – USCIS Service Request Confirmation (SR10842603590RPA)

Exhibit H – USCIS Inquiry Timeline / Supporting Communications

# DECLARATION

I, Mohammad Tayeb, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __4-1-26__ , at Roseville, California.

/s/ Mohammad Tayeb

Mohammad Tayeb

11

 Gmail

CENTRAL AUTO <centralautosale@gmail.com>

---

**Lead Submission from CarGurus**

---

**CarGurus Customer Lead** <dealer-leads@messages.cargurus.com>
Reply-To: cambiowashere@gmail.com
To: centralautosale@gmail.com

Mon, Mar 9, 2026 at 4:32 PM

# CarGurus

Please reply back to consumer using contact information below.

# Lead Submission from CarGurus

By using information contained in this email you agree to our terms and conditions.

## Contact

**First Name:** Michael

**Last Name:** Fernandez

**Email:** cambiowashere@gmail.com

**Telephone:** (831) 206-1438

**ZIP code:** 91101

## Comments

I am interested in your 2003 Toyota Tacoma Prerunner Crew Cab SB. You can reach me by email at cambiowashere@gmail.com or phone at (831) 206-1438. Thank you! (CarGurus IMV: $13,295 / Deal Rating: Fair Deal / Is From Shippable Listing: No)

## Listing

**VIN:** 5TESM92N43Z207022

**Vehicle:** 2003 Toyota Tacoma Prerunner Crew Cab SB

**Stock Number:** 6032

**Listed Price:** $13,987

**CarGurus Instant Market Value:** $692 Above CarGurus IMV of $13,295

**CarGurus Rating:** Fair Deal

**Is From Shippable Listing:** No

View Listing on CarGurus

## Seller

**Dealer Id:** 2738

**Name:** Central Auto

**Address:** 3311 Fulton Ave

**Location:** Sacramento, CA 95821

## To get more out of your CarGurus subscription

- Manage your listings' deal rating and page rank with the Dealer Pricing Tool.
- Promote CarGurus deal ratings on your website inventory with free Deal Rating Badges.
- Drive more high quality shoppers to your website with CarGurus RPM.

You can contact your dedicated CarGurus Dealer Relations representative at 1-800-CARGURUS.

This email was sent to *centralautosale@gmail.com*. To change your email address or remove your email from these communications, contact support.

**Lead Date**: Sent by CarGurus on March 9, 2026 7:32:55 PM EDT.

**Transaction ID:** <3545C83A87898E805BC59191B2EC5B75A116CF7B2C9FD0113FFF128FC9B0059A>

With a technology foundation designed to make car shopping better for both dealers and customers, CarGurus partners with dealers to deliver informed, ready-to-buy shoppers at a scale that can drive results.

© 2026 CarGurus, Inc.
All Rights Reserved.

**EXHIBIT INDEX**

**EXHIBIT A**

**Form I-129F Receipt Notice**
**(WAC2590065644)**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | January 30, 2025 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-129F, Petition for Alien Fiance(e) | | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| WAC2590065644 | January 27, 2025 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | May 22, 1987 |

MOHAMMAD TAYEB
602 SPRINGFIELD CIRCLE
ROSEVILLE, CA 95678        4        00001231

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $675.00 |
| Total Amount Received: | $675.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

Name:
ABED QASEM, RAGHAD

Date of Birth
10/22/1999

Country of Birth
JORDAN

Class (If Applicable)

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
California Service Center
2642 Michelle Drive
Tustin, CA 92780

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C 10/31/24

**EXHIBIT B**

**Expedite Request Submission**



# Office of Representative Kevin Kiley

# Digital Privacy Release Form

Complete the form below to request help with a Federal Agency. When complete, click Submit to send to our office for assistance.

Fields marked with * are required

**Please Provide Applicable Identifying Information**

**Agency Involved**
U.S. Citizenship and Immigration Services

| Prefix | Petitioner Applicant First Name | Petitioner Applicant Last Name |
|---|---|---|
| | Mohammad | Tayeb |

| Petitioner Applicant DOB | Petitioner Applicant Country of Birth | Petitioner Applicant Alien Number |
|---|---|---|
| **/**/**** | Saudi Arabia | |

| Prefix | Beneficiary First Name | Beneficiary Last Name |
|---|---|---|
| | Raghad | Qasem |

| Beneficiary DOB | Beneficiary Country of Birth | Beneficiary Alien Number |
|---|---|---|
| **/**/**** | Jordan | |

| USCIS Receipt or Tracking Number | Field Office or Service Center |
|---|---|
| ****************** | California Service Center |

| Form Types | Date of Filing |
|---|---|
| I-129 | 1/27/2025 |

| Prefix | First Name | MI | Last Name | Agency Case Number |
|---|---|---|---|---|
| | Mohammad | | Tayeb | N/A |

| Email Address | Phone Number |
|---|---|
| motayeb@gmail.com | 916-289-9997 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| 602 Springfield Circle | | Roseville | CA | 95678 |

Please explain the problem and the resolution/outcome you are seeking:

I am writing to respectfully request expedited processing of my Form I-129F, Petition for Alien Fiancé, due to both urgent humanitarian and severe financial hardship reasons. I have been a proud resident of Placer county Congressmember Kiley's District for well over 20 years. I am a small business owner and am currently in the process of getting married. Unfortunately, I have recently suffered a medical emergency that has rendered me a candidate for spinal surgery (please see attached). This has had a profound impact on both my business and my ability to travel to visit my fiancé. Having this petition expedited would allow me to move forward with the surgery I need to relieve this debilitating pain and focus fully on recovering and keeping my business operating. It would also eliminate the need for further international travel, allowing me to protect both my health and the livelihoods of those who depend on me. Furthermore, expediting this petition will ensure that my fiancée's visa begins processing at the embassy, eliminating the need for repeated travel and allowing her to arrive in the United States in a timely manner. I appreciate this opportunity, and I look forward to speaking with a representative from Congressmember Kiley's office soon. Thank you so much.

## Section below to be completed by the person who is the subject of the records:

☒ I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; 3) all of this information is complete, true, and correct. I authorize USCIS to release information contained in my USCIS records relevant to checking my case status to the extent permitted by law to the Office of Representative Kevin Kiley and the Member's staff. I understand that I am not required to make payment in any form for the services provide by my Member of Congress.

**Date/Time**

8/12/2025 1:12:45 PM

---

**\* Signature**

**Mohammad Tayeb**

---

Mohammad Tayeb

602 Springfield Circle

Roseville, CA 95678

MOTAYEB@gmail.com

916-289-9997


USCIS

California Service Center
2642 Michelle Drive
Tustin, CA 92780


Subject: Expedite Request for Form I-129F (Receipt Number: WAC2590065644)

Petitioner: Mohammad Tayeb

Beneficiary: ABED QASEM, RAGHAD


To Whom It May Concern,


I am writing to respectfully request expedited processing of my Form I-129F, Petition for Alien Fiancé(e), due to both urgent humanitarian and severe financial hardship reasons.


1. Medical Emergency


I am currently experiencing excruciating neck pain due to a herniated cervical disc. The pain prevents me from sleeping, working consistently, and managing my business. I have been advised by both my chiropractor and orthopedic spine surgeon, Dr. Ravi Ramachandran, that surgery is medically necessary.

A signed letter from Dr. Ramachandran, M.D., of Folsom Spine — who completed his surgical training at Stanford, Yale, and Harvard-affiliated institutions — is attached. He confirms the diagnosis, the urgency of surgery, and the fact that I am postponing treatment solely because of the need to travel internationally to visit my fiancée. He notes that continuing to delay surgery places my health at serious risk and limits my functionality.

The longer I delay surgery, the more it negatively impacts my daily life, well-being, and responsibilities. However, I have had to postpone this surgery because post-operative recovery would medically prevent me from traveling to visit my fiancée abroad, which is necessary while the I-129F petition is still in process.

2. Severe Financial Loss to Business and Vendors

I am the owner of Central Auto, a business that employs five full-time staff and works with multiple independent vendors. My absence due to worsening health and the need to travel has caused repeated interruptions in operations, leading to a severe loss of income not just for myself, but for my team and partners as well.

I have had to take frequent time off from running the business due to pain and travel obligations, making it increasingly difficult to maintain operations at the required level. This delay has financially strained many of the people who rely on Central Auto for income and stability.

Having this petition expedited would allow me to move forward with the surgery I need to relieve this debilitating pain and focus fully on recovering and keeping my business operating. It would also eliminate the need for further international travel, allowing me to protect both my health and the livelihoods of those who depend on me. Furthermore, expediting this petition will ensure that my fiancée's visa begins processing at the embassy, eliminating the need for repeated travel and allowing her to arrive in the United States in a timely manner.

Thank you for your time and consideration. Please let me know if any additional documentation is required.

Sincerely,

Mohammad Tayeb

 Gmail                                                    **Mohammed Tayeb <motayeb@gmail.com>**

---

## Representative : Privacy Release Form Submission Confirmation
1 message

---

**no_reply@mail.house.gov** <no_reply@mail.house.gov>                          Tue, Aug 12, 2025 at 8:12 PM
To: motayeb@gmail.com

House of Representatives: Submission Confirmation.

Mohammad Tayeb,

Thank you for submitting the Privacy Release Form.

**Confirmation ID: bwpcEuosTC0XQ1GOUiKh**

**Files uploaded: 3**

**File Names: Tayeb_Dr. Wong.pdf, Tayeb_Folsom Spine.pdf, Tayeb_Expediterequest.docx**

This is your confirmation notification that you have successfully submitted the digital release form.

A copy of your submission has been attached.

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please:
(i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you.



**bwpcEuosTC0XQ1GOUiKh-user.pdf**
59K

**EXHIBIT C**

**Physician Letter Recommending Surgery**

**Dr. Ravi Ramachandran, M.D.**



Ravi Ramachandran, M.D.
Orthopedic Spine Surgeon
p. (916) 245-3322
f. (916) 245-1150

07/25/2025

Re: Tayeb, Mohammad .
DOB: 05/22/1987

To whom it may concern,

Mr. Mohammad Tayeb was referred to my care for a serious spinal condition. He has been diagnosed with a herniated cervical disc, which is causing him chronic pain, nerve compression symptoms, and reduced mobility. This condition significantly limits his physical activity and presents an ongoing risk of worsening without proper medical intervention.
I believe that Mr. Tayeb should consider surgical treatment as soon as possible. The surgery is medically recommended to relieve his symptoms and prevent further neurological deterioration. However, Mr. Tayeb has chosen to postpone this surgery temporarily due to his current immigration petition ( form I-129F) and the need to remain travel-capable while the case is pending.
It is important to note that post-operative recovery will require a prolonged period during which Mr. Tayeb will be physically restricted from traveling, particularly internationally. In my medical opinion, travel during this time could pose serious risk to his recovery and overall health.
Delaying surgery has caused him to endure continued pain and limited functionality. I strongly support his request for expedited processing of his immigration petition so that he may proceed with necessary surgery without jeopardizing travel related obligations or facing further health deterioration.

Ravi Ramachandran, MD

Folsom Spine

**EXHIBIT D**

**Treatment Records Showing Ongoing Condition**

**Dr. Leonard Wong, D.C.**



**Dr. Leonard Wong, DC**
23 10 Sunset Blvd. #160
Rocklin, CA 95765
(916) 786-7779

July 18, 2025

To whom it may concern:

Mo Tayeb has been treating in our office for right shoulder and arm pain from a disc herniation in the cervical spine. Patient has had numerous procedures to treat his symptoms to a point that conservative care is no longer effective. This patient has been advised to get further treatment in the form of pain management and/or surgery. We have referred this patient to an orthopedic specialist for evaluation.

Regards,

Leonard Wong, DC

(916) 786-7779

**EXHIBIT E**

**Congressional Inquiry**

**Rep. Kevin Kiley**

 Gmail                                                    **Mohammed Tayeb <motayeb@gmail.com>**

## From Congressman Kiley's office
11 messages

**Office of Rep. Kiley** <repkevinkiley@mail15.housecommunications.gov>         Mon, Aug 18, 2025 at 2:10 AM
Reply-To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>
To: Mohammad M Tayeb <motayeb@gmail.com>

Hello:

Thank you for contacting Congressman Kiley's office. We appreciate your reaching out with regard to your USCIS issue.

I will contact the agency on your behalf and will let you know when we receive a response.

--

Sincerely,

Peter Gemellaro
Constituent Services Liaison
Office of Congressman Kevin Kiley CA-03
Peter.Gemellaro@mail.house.gov


**Mohammed Tayeb** <motayeb@gmail.com>                                        Mon, Aug 18, 2025 at 9:24 PM
To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>, Peter.Gemellaro@mail.house.gov

Dear Mr. Gemellaro,

Thank you for your response and for assisting with my case. I would
like to emphasize the urgency of this matter.

I am experiencing a severe decline in quality of life due to a lack of
sleep and constant pain from a serious neck condition. My doctor is
urging me to move forward with neck surgery as soon as possible and
would like to book me for the procedure. However, I cannot proceed
until my case is expedited.

In addition to the pain and sleep deprivation, my right hand
frequently goes numb, I am losing strength, and I am often unable to
grip objects properly. This makes daily functioning and running my
business extremely difficult. I've operated my business since 2013,
employing multiple people, and this situation has left me nearly
unable to continue managing it.

At this point, I am even postponing surgery because I must remain
travel ready until my case is resolved which is putting both my health
and well-being at further risk, while also making it nearly impossible
to properly run my business and support my employees.

I have recent MRIs and medical documentation available to support the
urgency of this request.

I respectfully ask that this be treated as an emergency expedite
request given the impact on my health, quality of life, and
livelihood.

Thank you very much for your help and advocacy.

Sincerely,

Mohammad Tayeb
Motayeb@gmail.com
(916) 289-9997
[Quoted text hidden]

---

**Office of Rep. Kiley** <repkevinkiley@mail15.housecommunications.gov>      Fri, Aug 22, 2025 at 2:34 AM
Reply-To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>
To: Mohammad M Tayeb <motayeb@gmail.com>

Hello:

I have submitted your inquiry to the USCIS and will let you know when we receive a response.

Here is the expedite review criteria for the agency:

https://www.uscis.gov/forms/filing-guidance/expedite-requests

If you believe that you fall into one of the categories and have supporting documentation, you can send that to us in another privacy form with the documents and I will contact the agency. Thank you.

--

Sincerely,

Peter Gemellaro
Constituent Services Liaison
Office of Congressman Kevin Kiley CA-03
Peter.Gemellaro@mail.house.gov


[Quoted text hidden]

---

**Mohammed Tayeb** <motayeb@gmail.com>      Fri, Aug 22, 2025 at 2:59 AM
To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>, Peter.Gemellaro@mail.house.gov

Dear Mr. Gemellaro,

Thank you for submitting my inquiry and for outlining the expedite criteria. I wanted to confirm that I have already provided supporting documentation, including my doctor's letter detailing the urgency of my neck surgery and a statement regarding the severe impact on my business and livelihood.

If it would help strengthen the case, I can also provide copies of my MRI scans and reports. Please let me know if you would like me to send these.

I respectfully ask that my case be considered under both humanitarian grounds (serious medical condition) and severe financial loss, as both apply in my situation.

Thank you very much for your continued assistance.

Sincerely,

Mohammad Tayeb

[Quoted text hidden]

---

**Office of Rep. Kiley** <repkevinkiley@mail15.housecommunications.gov>      Thu, Sep 4, 2025 at 2:46 AM
Reply-To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>
To: Mohammad M Tayeb <motayeb@gmail.com>

Thank you for that information. I will let you know as soon as I get a response from the agency.

--

Sincerely,

Peter Gemellaro
Constituent Services Liaison
Office of Congressman Kevin Kiley CA-03
Peter.Gemellaro@mail.house.gov

[Quoted text hidden]

---

**Office of Rep. Kiley** <repkevinkiley@mail15.housecommunications.gov>
Tue, Sep 9, 2025 at 10:14 PM
Reply-To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>
To: Mohammad M Tayeb <motayeb@gmail.com>

Hello:

We received the following from the USCIS:

Good afternoon Peter,

Thank you for your August 17, 2025 inquiry on behalf of your constituent's I-129F (WAC2590065644), regarding a request for expedited processing.

**EXPEDITE REQUEST**

We carefully reviewed your constituent's request for expedited processing and the request has been denied. As such, the case will be adjudicated in date receipt order.

**EXPEDITE REQUESTS**

Before requesting expedited processing on behalf of your constituents, please remember:

·    Each request for expedited processing requires a complete expedite packet consisting of:

o  Signed privacy release,
o  Written statement,
o  The established USCIS criteria under which the expedite is being requested, and
o  Documentation supporting and justifying the emergency or urgent nature of the request.

**EXPEDITE CRITERIA**

·    Severe Financial Loss to a company or person;
·    Emergencies and Urgent Humanitarian Reasons;
·    U.S. government interests (including urgent cases for federal agencies such as the U.S. Department of Defense, U.S. Department of Labor, DHS, or other public safety or national security interests);
·    Nonprofit (IRS designated 501(c)(3) organization) whose request is in the furtherance of the cultural and social interests of the United States: or
·    Clear USCIS error.

The burden is on the applicant to demonstrate that the claimed expedite criteria has been met.

o  USCIS cannot assign a criteria to a request, nor venture a guess as to which the applicant/petitioner intended.

·    Written statements without direct evidence to the individual situation is not sufficient.

·    Submitted evidence must support the criteria and justify the **emergency** or urgent nature for which the case deserves to be pulled out of order and moved in front of the tens of thousands of others in similar circumstances.

·    If your constituent is able to provide new compelling evidence/documentation to overcome a previous denial, a new expedite request may be submitted by following the above guidelines.

For future reference regarding expedite requests, you and your constituents may review the USCIS expedite guidelines and criteria at:

**https://uscis.gov/forms/how-make-expedite-request**

USCIS reviews all expedite requests on a case-by-case basis and requests are granted at the sole discretion of USCIS leadership based on the evidence provided."

Even though we do not have any authority over how or when this Executive agency processes their applications, please know that I will continue to monitor your case and provide updates as we receive them.

--

Sincerely,

Peter Gemellaro
Constituent Services Liaison
Office of Congressman Kevin Kiley CA-03
Peter.Gemellaro@mail.house.gov

On Wed, September 3 at 16:46, Office of Representative Kevin Kiley wrote:
> Thank you for that information. I will let you know as soon as I get a response from the agency.
>
> --
>
> Sincerely,
>
> Peter Gemellaro
> Constituent Services Liaison
> Office of Congressman Kevin Kiley CA-03
> Peter.Gemellaro@mail.house.gov
>
> [Quoted text hidden]

---

**Mohammed Tayeb** <motayeb@gmail.com>                                           Thu, Dec 4, 2025 at 12:21 AM
To: repkevinkiley@mail15.housecommunications.gov

what process would I need to take to have your office help me submit an inquiry on my behalf it's way past the deadline and estimated time. My case was received Jan 27th and they are already approving cases in April and I feel I have been skipped or looked over.
Thank you so much
[Quoted text hidden]

---

**Office of Rep. Kiley** <repkevinkiley@mail15.housecommunications.gov>            Wed, Dec 17, 2025 at 11:42 PM
Reply-To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>
To: Mohammad M Tayeb <motayeb@gmail.com>

I am happy to let the USCIS know of your concerns.

--

Sincerely,

Peter Gemellaro
Constituent Services Liaison
Office of Congressman Kevin Kiley CA-03
Peter.Gemellaro@mail.house.gov

[Quoted text hidden]

**Mohammed Tayeb** <motayeb@gmail.com>                                      Thu, Dec 18, 2025 at 1:11 AM
To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>

Peter,

Thank you for your concerns.

I am requesting urgent congressional assistance regarding my Form
I-129F, Petition for Alien Fiancé(e), received by USCIS on January 27,
2025 (Receipt Number: WAC2590065644) at the California Service Center.
My case has now been pending for over 10 months, and current USCIS
case data shows that over 90% of petitions filed within 10 days of my
receipt date have already been completed, with only approximately 8%
remaining unprocessed, including mine. USCIS is actively adjudicating
and finalizing this filing group, yet my petition has received no
decision or substantive action. Although an expedite request was
denied on August 29, 2025, my case now appears well outside normal
processing patterns compared to similarly situated petitions. I
respectfully request the Senator's office to submit a congressional
inquiry to confirm the status of my case, ensure it has not been
delayed or overlooked, and request prompt review.

Sincerely,

Mohammad Tayeb

On Wed, Dec 17, 2025 at 12:42 PM Office of Rep. Kiley
[Quoted text hidden]

---

**Office of Rep. Kiley** <repkevinkiley@mail15.housecommunications.gov>        Tue, Dec 23, 2025 at 1:55 AM
Reply-To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>
To: Mohammad M Tayeb <motayeb@gmail.com>

We have sent an inquiry to the USCIS and will let you know when we receive a response.

---

Sincerely,

Peter Gemellaro
Constituent Services Liaison
Office of Congressman Kevin Kiley CA-03
Peter.Gemellaro@mail.house.gov

[Quoted text hidden]

---

**Office of Rep. Kiley** <repkevinkiley@mail15.housecommunications.gov>        Wed, Jan 7, 2026 at 2:21 AM
Reply-To: "Office of Rep. Kiley" <repkevinkiley@mail15.housecommunications.gov>
To: Mohammad M Tayeb <motayeb@gmail.com>

Hello: We received the following update from USCIS. I hope you find it helpful.

"RE: TAYEB, MOHAMMAD
Receipt number: I-129F/ WAC2590065644

Greetings,

Thank you for your inquiry, relating to the petition filed with U.S. Citizenship and Immigration Services (USCIS).
USCIS is conducting further review of your case.

We cannot provide a timeframe for completion of this additional review. However, once this additional review has been
completed, USCIS will take adjudicative action on your case.

USCIS appreciates your patience during this process."

Here is the link to track your case:

https://egov.uscis.gov/

--

Sincerely,

Peter Gemellaro
Constituent Services Liaison
Office of Congressman Kevin Kiley CA-03
Peter.Gemellaro@mail.house.gov

On Mon, December 22 at 14:55, Peter Gemellaro wrote:
> We have sent an inquiry to the USCIS and will let you know when we receive a response.
>
> --
>
> Sincerely,
>
> Peter Gemellaro
> Constituent Services Liaison
> Office of Congressman Kevin Kiley CA-03
> Peter.Gemellaro@mail.house.gov
>
> [Quoted text hidden]



# Office of Representative Kevin Kiley

# Digital Privacy Release Form

Complete the form below to request help with a Federal Agency. When complete, click Submit to send to our office for assistance.

Fields marked with * are required

**Please Provide Applicable Identifying Information**

---

**Agency Involved**
U.S. Citizenship and Immigration Services

| **Prefix** | **Petitioner Applicant First Name** | **Petitioner Applicant Last Name** |
|---|---|---|
| Mr | Mohammad | Tayeb |

| **Petitioner Applicant DOB** | **Petitioner Applicant Country of Birth** | **Petitioner Applicant Alien Number** |
|---|---|---|
| **/**/**** | Saudi Arabia | |

| **Prefix** | **Beneficiary First Name** | **Beneficiary Last Name** |
|---|---|---|
| Ms | Raghad | Abed Qasem |

| **Beneficiary DOB** | **Beneficiary Country of Birth** | **Beneficiary Alien Number** |
|---|---|---|
| **/**/**** | Jordan | |

| **USCIS Receipt or Tracking Number** | **Field Office or Service Center** |
|---|---|
| ****************** | |

| **Form Types** | **Date of Filing** |
|---|---|
| I-129 | 1/27/2025 |

| **Prefix** | **First Name** | **MI** | **Last Name** | **Agency Case Number** |
|---|---|---|---|---|
| | Mohammad | | Tayeb | N/A |

| **Email Address** | **Phone Number** |
|---|---|
| motayeb@gmail.com | 9162899997 |

| **Address Line 1** | **Address Line 2** | **City** | **State** | **Zip Code** |
|---|---|---|---|---|
| 602 Springfield Circle | | Roseville | CA | 95678 |

Please explain the problem and the resolution/outcome you are seeking:

I am a U.S. Citizen and I filed a petition for my fiancé for a K-1 visa on January 27, 2025. I have been reaching out to USCIS and they are never providing me any updates. It has been 10 months and the case is outside normal processing times posted on their website. It has been extremely difficult for me and my fiancé and the delays by USCIS. I would like assistance in getting the case adjudicated as soon as possible.

**Section below to be completed by the person who is the subject of the records:**

☒ I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; 3) all of this information is complete, true, and correct. I authorize USCIS to release information contained in my USCIS records relevant to checking my case status to the extent permitted by law to the Office of Representative Kevin Kiley and the Member's staff. I understand that I am not required to make payment in any form for the services provide by my Member of Congress.

**Date/Time**

12/9/2025 4:17:11 PM

**\* Signature**

**Mohammad Tayeb**

**EXHIBIT F**

**Senator Inquiry**

**Sen. Alex Padilla**



|  |  |
|---|---|
| | **600 B Street, Suite 2240**<br>**San Diego, CA 92101**<br>**Phone: (619) 239-3884** |

---

## Senator Padilla Agency Assistance

---

## Your Information

**Title**

Mr.

**First Name**

Mohammad

**Last Name**

Tayeb

---

**Address**

602 Springfield Circle
Roseville, California 95678
United States

---

**Phone Number**

(916) 289-9997

**Email**

motayeb@gmail.com

---

**Have you Contacted Another Congressional Office Regarding this Matter?**

Yes

**Whose Office Have You Contacted?**

Office of Congressman Kevin Kiley CA-03

**When?**

08/17/2025

**Would You Like to Designate Another Person with Whom We May Discuss the Details of**

**Your Case?**

No

---

## What Can I Assist You With?

**Select Agency**

U.S. Citizenship and Immigration Services

## Petitioner/Applicant

**Name**

Mohammad Tayeb

**Date of Birth**

05/22/1987

**Country of Birth**

Saudi Arabia

---

## Beneficiary

**Name**

Raghad Naser Abed Qasem

**Date of Birth**

10/22/1999

**Country of Birth**

Jordan

---

## USCIS Receipt Number or Tracking Number (No Social Security Numbers)

**Date of Filing**
01/27/2025

**Place of Filing**
California Service

**Receipt Number**
WAC2590065644

**Description Of Request**

I am requesting urgent congressional assistance regarding my Form I-129F, Petition for Alien Fiancé(e), received by USCIS on January 27, 2025 (Receipt Number: WAC2590065644) at the California Service Center. My case has now been pending for over 10 months, and current USCIS case data shows that over 90% of petitions filed within 10 days of my receipt date have already been completed, with only approximately 8% remaining unprocessed, including mine. USCIS is actively adjudicating and finalizing this filing group, yet my petition has received no decision or substantive action. Although an expedite request was denied on August 29, 2025, my case now appears well outside normal processing patterns compared to similarly situated petitions. I respectfully request the Senator's office to submit a congressional inquiry to confirm the status of my case, ensure it has not been delayed or overlooked, and request prompt review.

## Certification Under Penalty of Perjury

To the best of my knowledge, I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) MOHAMMAD TAYEB , authorize USCIS to release information contained in my USCIS records as relevant to checking my case status, and to the extent permitted by law, to Senator Alex Padilla and the Member's staff.

Signature (sign in ink): _____    Date: 12 / 17 / 2025

Address: 602 SpringFIELD CiR RoseVILLE CA 95678

Phone: 916-289-9997    Email: MoTAYeb@GMAIL.COM

## Please Sign, Date and Send to our Office

I am aware that provisions of the Privacy Act of 1974 (Public Law 93-579) may prohibit the release of information in covered agency files without my consent. I hereby give my consent for any applicable federal agency(ies) to release such information to the Office of United States Senator Alex Padilla and/or members of his staff in connection with my case or claim.

Signature: _____    Date: 12 / 17 / 2025

Options to send to my office:

| By Mail: | By Fax: | By E-mail: |
|---|---|---|
| U.S. Senator Alex Padilla<br>600 B Street, Suite 2240<br>San Diego, CA 92101 | (202) 228-3863 | Casework_padilla@padilla.senate.gov |



# Privacy Release

**Member of Congress: Senator Alex Padilla**

**Petitioner/Applicant:**

Name: Mohammad Tayeb                    Date of Birth: 05/22/1987

Alien number (if any): _____    Country of Birth: Saudi Arabia

**Beneficiary:**

Name: Raghad Naser Abed Qasem            Date of Birth: 10/22/1999

Alien number (if any): _____    Country of Birth: Jordan

**USCIS receipt number or tracking number** (no Social Security numbers): **WAC2590065644**

Date of filing: 01/27/2025

Place of filing: California

**Form type(s) – check all that apply:**

❑ G-639 ❑ I-90 ❑ I-129 ☒ I-129F ❑ I-130        ❑ I-131 ❑ I-140 ❑ I-212 ❑ I-290B ❑ I-360

❑ I-485 ❑ I-526 ❑ I-539 ❑ I-589 ❑ I-590        ❑ I-600A ❑ I-600 ❑ I-601 ❑ I-612 ❑ I-690

❑ I-730 ❑ I-751 ❑ I-765 ❑ I-821 ❑ I-824    ❑ I-829 ❑ I-914 (Supplement A, B, or C)

❑ I-918 ❑ I-924 ❑ I-929 ❑ N-400 ❑ N-600    ❑ N-565 ❑ N-644 ❑ Other:

2

**Brief description of the issue (if you need more space, attach a separate sheet):**

I am requesting urgent congressional assistance regarding my Form I-129F, Petition for Alien Fiancé(e), received by USCIS on January 27, 2025 (Receipt Number: WAC2590065644) at the California Service Center. My case has now been pending for over 10 months, and current USCIS case data shows that over 90% of petitions filed within 10 days of my receipt date have already been completed, with only approximately 8% remaining unprocessed, including mine. USCIS is actively adjudicating and finalizing this filing group, yet my petition has received no decision or substantive action. Although an expedite request was denied on August 29, 2025, my case now appears well outside normal processing patterns compared to similarly situated petitions. I respectfully request the Senator's office to submit a congressional inquiry to confirm the status of my case, ensure it has not been delayed or overlooked, and request prompt review.

Staff Member (print): _____ Phone: _____

Email: _____

**Section below to be completed by the person who is the subject of the records:**

To the best of my knowledge, I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) __MOHAMMAD TAYEB_____ , authorize USCIS to release information contained in my USCIS records as relevant to checking my case status, and to the extent permitted by law, to Senator Alex Padilla and the Member's staff.

Signature (sign in ink): _____ Date: 12/16/2025

Address: 602 Springfield Cir Roseville, CA 95678 United States

Phone: 916-289-9997                Email: Motayeb@gmail.com

2

**EXHIBIT G**

**USCIS Service Request Confirmation**

**(SR10842603590RPA)**

 **Gmail**                                    **Mohammed Tayeb <motayeb@gmail.com>**

## USCIS Service Request Confirmation

1 message

**USCIS-CaseStatus@dhs.gov** <USCIS-CaseStatus@dhs.gov>                    Thu, Mar 26, 2026 at 12:27 AM
To: motayeb@gmail.com

### *** DO NOT RESPOND TO THIS EMAIL ***

Date: March 25, 2026

Dear MOHAMMAD TAYEB,

Thank you for your inquiry, submitted on March 25, 2026, asking about the processing of your I129F PETITION FOR ALIEN FIANCÉ(E). We have received your request and assigned it an Inquiry ID (SR10842603590RPA) that we will use for referencing any subsequent messages. USCIS may require at least 60 days to process your request.

USCIS makes every effort to process cases within the projected timeframes listed on the Case Processing Times webpage. If you have not already created a USCIS online account, we encourage you to, so that you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account can be found on my.uscis.gov.

Thanks once again for contacting USCIS.

Please do not reply directly to this message. This email account is used by USCIS only to send messages notifying applicants and petitioners that we have received their inquiry.

-------------------

We offer many online services and tools to help you find the information you need, including:

Check your current case status
Ask about your case
Schedule an appointment
Ask our virtual assistant Emma
Address Changes: If you move, please visit our website for information on how to update your address.

We encourage you to use the online self-service tools within your USCIS online account. You can track the status of your case, update your address, reschedule a biometrics appointment, and for many account holders respond to Requests for Evidence and more using an online account.

If you try our online tools including the technical Help Form and require additional support, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired), for assistance.



**U.S. Citizenship and Immigration Services**

National Customer Service Center 1-800-375-5283

TDD for the Hearing Impaired 1-800-767-1833

**EXHIBIT H**

**USCIS Timeline and Supporting Communications**

Case 2:26-cv-01311-TLN-CSK    Document 1    Filed 04/03/26    Page 48 of 52

# COMPLETE TIMELINE

**January 27, 2025**

Plaintiff filed Form I-129F, Petition for Alien Fiancé(e), with USCIS (Receipt No. WAC2590065644).

**July 18, 2025**

Plaintiff had been undergoing ongoing treatment for a cervical spine condition for an extended period. Treating providers determined that conservative treatment had failed to provide relief and referred Plaintiff for further evaluation, including surgical consultation.

**July 25, 2025**

Following that referral, orthopedic spine surgeon Dr. Ravi Ramachandran evaluated Plaintiff, confirmed a herniated cervical disc with ongoing symptoms, and recommended surgical intervention due to failure of conservative treatment. Plaintiff delayed surgery due to the pending immigration petition and the need to remain travel-capable.

**August 12, 2025**

Plaintiff submitted a congressional privacy release and formal expedite request citing:

- urgent medical necessity (spinal surgery), and
- severe financial hardship affecting Plaintiff's business and employees.

**August 18, 2025**

Office of Congressman Kevin Kiley acknowledged Plaintiff's request and confirmed it would contact USCIS.

**August 22, 2025**

Congressional office formally submitted inquiry to USCIS regarding Plaintiff's case and expedite request.

**August 29, 2025**

USCIS denied Plaintiff's expedite request, despite the submission of medical documentation and evidence of financial hardship.

**September 9, 2025**

USCIS responded through congressional inquiry stating the case would proceed in normal processing order and that evidence submitted did not meet expedite criteria.

**November 12, 2025**

Plaintiff contacted USCIS with assistance from Root Law Group. Plaintiff was advised to wait until after December 2025 before submitting a formal inquiry.

**December 4, 2025**

Plaintiff contacted congressional office again after determining that the case had exceeded normal processing timelines and appeared to have been skipped compared to similarly filed petitions.

**December 9, 2025**

Plaintiff contacted USCIS again with assistance from Root Law Group. Plaintiff was advised to wait until May 2026 before submitting another inquiry, despite the case already being outside normal processing times.

Additionally, Plaintiff submitted a congressional inquiry and privacy release requesting further investigation into the delay.

**December 17, 2025**

Plaintiff formally submitted a request for assistance to Senator Alex Padilla, stating that the case had been pending over 10 months and appeared outside normal adjudication timelines.

**December 23, 2025**

Congressional office confirmed that an inquiry had been sent to USCIS regarding Plaintiff's case.

**January 7, 2026**

USCIS responded to the congressional inquiry stating that the case was undergoing "additional review," but failed to provide any estimated timeframe for completion and indicated that adjudication remained ongoing without a projected completion date.

**March 25, 2026**

Plaintiff submitted a USCIS service request regarding delay in adjudication. USCIS acknowledged receipt and stated that a response could take at least 60 days.

**Present**

As of the filing of this action:

- Plaintiff's petition remains unadjudicated
- Plaintiff has made repeated attempts through USCIS, legal counsel, and congressional offices
- USCIS has provided no definitive timeline for adjudication
- Plaintiff continues to suffer ongoing medical deterioration and financial harm due to delay
- Despite repeated efforts, documented medical urgency, and congressional intervention, USCIS has failed to take final adjudicative action on Plaintiff's petition within a reasonable time.